IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **LIFESTYLE VENTURES, LLC,** an Oregon Limited Liability Company, <br><br>      Plaintiff, <br><br> v. <br><br> **COUNTY OF CLACKAMAS, MICHAEL MCALLISTER, and REBECCA CENIGA,** individually and in their capacity as employees of the Clackamas County Planning Division, <br><br>      Defendants. | 3:15-CV-01291-SB <br><br> ORDER |

**BROWN, Senior Judge.**

  Magistrate Judge Stacie F. Beckerman issued Findings and Recommendation (#74) on December 8, 2017, in which she recommends the Court grant Defendants' Motion (#58) to Dismiss. Plaintiff filed timely Objections to the Findings and Recommendation. Defendants did not file any response to Plaintiff's Objections. The matter is now before this Court pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b).

  When any party objects to any portion of the Magistrate

1 - ORDER

Judge's Findings and Recommendation, the district court must make a *de novo* determination of that portion of the Magistrate Judge's report. 28 U.S.C. § 636(b)(1). *See also Decker v. Berryhill*, 856 F.3d 659, 663 (9th Cir. 2017).

This Court has carefully considered Plaintiff's Objections in which Plaintiff reiterates and incorporates the arguments made in its Response to Defendant's Motion to Dismiss. The Court concludes on this record that Plaintiff's Objections do not provide a basis to modify the Findings and Recommendation. The Court also has reviewed the pertinent portions of the record *de novo* and does not find any error in the Magistrate Judge's Findings and Recommendation.

## **CONCLUSION**

The Court **ADOPTS** Magistrate Judge Beckerman's Findings and Recommendation (#74) and, therefore, **GRANTS** Defendants' Motion (#58) to Dismiss and **DISMISSES** this case **with prejudice.**

IT IS SO ORDERED.

DATED this 6th day of March, 2018.

/s/ Anna J. Brown

ANNA J. BROWN
United States Senior District Judge